# Third District Court of Appeal

## State of Florida

Opinion filed December 8, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1649
Lower Tribunal No. F80-9587D

_____

**Samuel Lee Lightsey, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Samuel Lee Lightsey, Jr., in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.